IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00366-CR

 

Christopher James Wade,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 54th District
Court

McLennan County, Texas

Trial Court No. 2010-926-C2

 



ABATEMENT ORDER



 

Appellant, who is appealing the trial
court’s denial of his motion to suppress, filed a request in the trial court
for it to enter findings of fact and conclusions of law and reiterated that
request at the plea hearing.  See Cullen v. State, 195 S.W.3d 696, 699
(Tex. Crim. App. 2006).  Appellant has now filed a motion to abate this appeal,
requesting abatement so that the trial court can make and enter findings of
fact and conclusions of law.

Appellant’s motion to abate is granted. 
This appeal is abated so that the trial court can make and enter findings of
fact and conclusions of law on Appellant’s motion to suppress within twenty-one
days of the date of this order.

Within thirty-five days of the date of
this order, the trial court clerk shall: (1) prepare a supplemental clerk’s
record containing all orders and findings of fact and conclusions of law that
the trial court has rendered or made on Appellant’s motion to suppress; and (2)
file the supplemental clerk’s record with the Clerk of this Court, upon which
this appeal shall be reinstated.  Appellant’s brief will be due thirty days after the
supplemental clerk’s record is filed.

 

PER CURIAM

 

Before
Chief Justice Gray,

Justice Davis, and

Justice Scoggins

Motion
granted; appeal abated

Order
issued and filed February 2, 2011

Do
not publish